IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JODI L. SNYDER | CIVIL ACTION |
|---|---|
| vs. | NO. 1:15-CV-760 |
| KIRK D. WALLACE and NORTHERN YORK COUNTY REGIONAL POLICE DEPARTMENT and SAFARILAND, LLC d/b/a THE SAFARILAND GROUP, DEFENSE TECHNOLOGY, ATLANTIC TACTICAL, INC. and ATLANTIC TACTICAL, INC. | |

**DISCLOSURE STATEMENT FORM**

| | |
|---|---|
| ☐ | The nongovernmental corporate party, SAFARILAND, LLC in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock. |
| X | The nongovernmental corporate party, SAFARILAND, LLC in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:   Safariland, LLC is wholly owned by Maui Acquisition Corp. |

January 28, 2016

_____
DANIEL J. MCCARTHY, ESQUIRE
Counsel for: SAFARILAND, LLC d/b/a
THE SAFARILAND GROUP, DEFENSE
TECHNOLOGY, ATLANTIC TACTICAL,
INC.

## CERTIFICATE OF SERVICE

I, DANIEL J. MCCARTHY, ESQUIRE, hereby certify that a true and correct copy of the attached **DISCLOSURE STATEMENT** was served electronically on January 28, 2016 upon counsel as follows:

>Devon M. Jacob, Esquire
>JACOB LITIGATION
>P. O. Box 837
>Mechanicsburg, PA  17055-0837
>
>Joseph J. Santarone, Jr., Esquire
>MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
>620 Freedom Business Center, Suite 300
>King of Prussia, PA 19406

_____
DANIEL J. MCCARTHY, ESQUIRE