## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODI L. SNYDER<br><br>vs.<br><br>KIRK D. WALLACE and NORTHERN YORK COUNTY REGIONAL POLICE DEPARTMENT and SAFARILAND, LLC d/b/a THE SAFARILAND GROUP, DEFENSE TECHNOLOGY, ATLANTIC TACTICAL, INC. and ATLANTIC TACTICAL, INC. | CIVIL ACTION<br><br>NO. 1:15-CV-760 |

### DISCLOSURE STATEMENT FORM

| | |
|---|---|
| ☐ | The nongovernmental corporate party, <u>ATLANTIC TACTICAL, INC.</u> in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock. |
| ☒ | The nongovernmental corporate party, <u>ATLANTIC TACTICAL, INC.</u> in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:<br>  <u>Safariland, LLC owns 100% of Atlantic Tactical, Inc.</u> |

January 28, 2016

_____
DANIEL J. MCCARTHY, ESQUIRE
Counsel for: <u>ATLANTIC TACTICAL, INC.</u>

## **CERTIFICATE OF SERVICE**

I, DANIEL J. MCCARTHY, ESQUIRE, hereby certify that a true and correct copy of the attached **DISCLOSURE STATEMENT** was served electronically on January 28, 2016 upon counsel as follows:

Devon M. Jacob, Esquire
JACOB LITIGATION
P. O. Box 837
Mechanicsburg, PA 17055-0837

Joseph J. Santarone, Jr., Esquire
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406

_____
DANIEL J. MCCARTHY, ESQUIRE